UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAM NEELY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. C16-5384-RSM-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration.  Dkt. 3.  The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Dkt. 21.

Based on the stipulation of the parties, the Court recommends that the Commissioner's decision in this matter be REVERSED and the cause REMANDED to the Commissioner for further administrative proceedings and a new decision. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

On remand, the agency will: reevaluate the opinions of the State agency non-examining psychologists; reevaluate the claimant's residual functional capacity, expressing any mental

REPORT AND RECOMMENDATION
PAGE - 1

limitations in terms of work-related activities and being specific as to any option to alternate sitting and standing in the workplace; and as necessary, continue with the sequential evaluation process.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that Chief United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation. The Clerk should note the matter for **November 4, 2016** as ready for Judge Martinez's consideration. A proposed order accompanies this Report and Recommendation.

DATED this 4th day of November, 2016.

_JAMES P. DONOHUE_
JAMES P. DONOHUE
Chief United States Magistrate Judge