UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| PAM NEELY,<br>    Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL,<br>  Commissioner of Social Security,<br>    Defendant. | C16-5384 RSM<br><br>ORDER FOR ATTORNEY FEES |
|---|---|

    Plaintiff captions her motion as an "unopposed" motion. Beyond the captioning of the motion, there is no indication that the motion is in fact unopposed. However, Plaintiff properly noted the motion as a third-Friday motion under LCR 7(d). Defendant received notice and elected not to timely respond. Accordingly, the Court relies on the representation of counsel and the lack of any opposition in granting this motion.

    The court finds and orders an attorney fee of $14,661.50 pursuant to 42 U.S.C. § 406(b). The attorney fee of $2671.05 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

    Dated this 17th day of May 2019.

                                                    RICARDO S. MARTINEZ<br>
                                                    CHIEF UNITED STATES DISTRICT JUDGE